UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terrance Dixon, a/k/a "TA",<br><br>Plaintiff,<br><br>v.<br><br>Joseph Antonio Cartagena p/k/a "Fat Joe,"<br>Pete "Pistol Pete" Torres,<br>Richard "Rich Player" Jospitre,<br>Erica Juliana Moreira,<br>Sneaker Addict Touring LLC,<br>Slate, Inc.,<br>Roc Nation, LLC,<br>John Does 1–10, Jane Does 1–10, and<br>ABC Corporations 1–10,<br><br>Defendants. | Case Number: 25-5144<br><br>NOTICE OF MOTION<br>To Strike |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Opposition to Defendant Roc Nation, LLC's Motion to Dismiss and in Support of Plaintiff's Cross-Motion to Strike, the Declaration of Tyrone A. Blackburn, Esq., dated July 7, 2025, and all exhibits attached thereto, and upon all prior pleadings and proceedings had herein, Plaintiff will move this Court before the Honorable Jennifer L. Rochon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Room 1920, New York, NY 10007, on a date and time to be determined by the Court, for an Order according to:

1. Federal Rule of Civil Procedure 12(b)(6): Denying Defendant Roc Nation, LLC's motion to dismiss in its entirety;
2. Federal Rule of Civil Procedure 12(f): Striking from Defendant Roc Nation's memorandum of law all immaterial, impertinent, and scandalous matter;
3. Federal Rule of Civil Procedure 15(a)(2): Granting Plaintiff leave to amend the Complaint if the Court finds any claim insufficiently pled; and
4. Granting such other and further relief as the Court may deem just and proper.

Dated: July 7, 2025
Brooklyn, New York

/s/Tyrone A. Blackburn
Tyrone A. Blackburn, Esq.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
Phone: 347-342-7432
Email: Tblackburn@tablackburnlaw.com