# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terrance Dixon, a/k/a "TA",<br><br>　　　　Plaintiff,<br><br>v.<br><br>Joseph Antonio Cartagena p/k/a "Fat Joe,"<br>Pete "Pistol Pete" Torres,<br>Richard "Rich Player" Jospitre,<br>Erica Juliana Moreira,<br>Sneaker Addict Touring LLC,<br>Slate, Inc.,<br>Roc Nation, LLC,<br>John Does 1–10, Jane Does 1–10, and<br>ABC Corporations 1–10,<br><br>　　　　Defendants. | Case Number: 25-5144<br><br>**Exhibit C**<br>**Roc Nation's Connections to the RICO Enterprise and Financial Infrastructure** |

**Roc Nation's Connections to the RICO Enterprise and Financial Infrastructure**

| Category | Description of Connection | Supporting Paragraphs from Complaint |
|---|---|---|
| Enterprise Management | Roc Nation directly managed Defendant Cartagena's professional team, including Plaintiff | This is detailed or can be located within the Compl. ¶¶ 13, 14, 15, 18, 31, 62, 78, 82, 91, 101, 102, 103, 105, 118, 144, 162, 163, 361, 362, 363, 365, 495, 496, 738: Predicate Act 22, 743, 748, 752, 753, 758, 759 |
| Operational Control | Roc Nation staff issued directives to team members, controlling performance and production schedules. | Same as above |
| Compensation Infrastructure | The Plaintiff and others were compensated through Roc Nation's accountant at BDO. | Same as above |
| Tour and Studio Oversight | Roc Nation managed logistics for tours, performances, and studio sessions, facilitating RICO enterprise operations. | Same as above |
| Shell Entities / Financial Channels | Roc Nation facilitated the use of intermediary entities tied to UPNYC and other fronts | Same as above |

| | | |
|---|---|---|
| | used in wage theft or concealment. | |
| Knowledge and Acquiescence | Roc Nation had actual or constructive knowledge of exploitation and continued to benefit from it. | Same as above |
| Post-2017 Oversight Shift | Roc Nation assumed control of operations beginning in 2017, displacing prior handlers. | Same as above |
| BDO Accountant Routing | Payments flowed through BDO-affiliated accountants under Roc Nation's oversight. | Same as above |
| Enterprise Integration | Roc Nation served as a central command node in a vertically integrated enterprise, overseeing logistics, labor, finances, and concealment. | Same as above |

Dated: July 7, 2025
Brooklyn, New York

*/s/Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
Phone: 347-342-7432
Email: Tblackburn@tablackburnlaw.com

2