UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terrance Dixon, a/k/a "TA,"<br><br>*Plaintiff*,<br><br>v.<br><br>Joseph Antonio Cartagena p/k/a "Fat Joe,"<br>Peter "Pistol Pete" Torres,<br>Richard "Rich Player" Jospitre,<br>Erica Juliana Moreira,<br>Sneaker Addict Touring LLC,<br>Slate, Inc.,<br>Roc Nation, LLC,<br>John Does 1–10, and Jane Does 1–10, and<br>ABC Corporations 1–10,<br><br>*Defendants*. | No. 1:25-cv-05144 (JLR) |

### DECLARATION OF JOANNA MENILLO IN SUPPORT OF
### DEFENDANT ROC NATION, LLC'S MOTION FOR SANCTIONS

I, Joanna Menillo, pursuant to 28 U.S.C. 1748, declare as follows:

1. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP and a member of the Bar of this Court. I submit this declaration in support of Roc Nation, LLC's motion for sanctions. The matters in this declaration are based on my personal knowledge and my review of documents in connection with this case.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the June 23, 2025, 7:11:30 p.m. email sent by Tyrone Blackburn to Alex Spiro (the "Blackburn Email"), as referenced in Roc Nation's motion for sanctions.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on July 22, 2025.

/s/ Joanna Menillo

2