# EXHIBIT A

| | |
|---|---|
| **From:** | Tyrone Blackburn <tblackburn@tablackburnlaw.com> |
| **Sent:** | Monday, June 23, 2025 7:12 PM |
| **To:** | Alex Spiro; New York Calendar |
| **Subject:** | Dixon v. Cartagena et al., 1:25-cv-05144-JLR |

**[EXTERNAL EMAIL from tblackburn@tablackburnlaw.com]**



This message needs your attention
- This is their first mail to some recipients.

Hi Alex,

I hope you are doing well. I am happy to see that your client was smart enough to distance themselves from the remaining defendants by hiring your firm. As a courtesy, I would like to let you know that my client has three to five more pages of predicated acts that I do not believe your client is aware of. I am certain your client may have been caught off guard by Fat Joe's lack of transparency and honesty, as I am sure they did not and would not have approved of him sending threats via Instagram.

Aside from hiding money from them by accepting cash payments for performances, which I know is a direct violation of his contract with Roc Nation, he is also responsible for the deaths of several individuals (members of the Latin Kings, Bloods, etc.) whom I would assume your client knew nothing about. My client requested that I exclude this information from the initial pleading; however, we will incorporate all relevant names and details in the forthcoming amended pleading. This information will also be turned over to law enforcement.

My client has no animosity towards your client. We think it is evident from the evidence that your client may have been defrauded by Fat Joe as well. We share this information with you in good faith as we are certain your client will probably need to further distance themselves before the disclosure.

We will file our opposition to Roc Nation's motion to dismiss in the coming week.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

1

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.