UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRANCE DIXON, a/k/a/ TA,<br><br>                      Plaintiff,<br><br>    -against-<br><br>JOSEPH ANTONIO CARTAGENA p/k/a/ FAT JOE et al.,<br><br>                      Defendants. | 1:25-cv-05144 (JLR)<br><br>**ORDER TO SHOW CAUSE** |

JENNIFER L. ROCHON, United States District Judge:

      The Complaint in this case was filed with the Court on June 19, 2025. Dkt. 1. The Court extended the service deadline to October 1, 2025 at Plaintiff's request, Dkt. 30, but the docket does not reflect that the Complaint was ever served on Defendants Peter Torres, Richard Jospitre, Erica Juliana Moreira, John Does 1-10, Jane Does 1-10, or ABC Corporations 1-10. Accordingly, it is hereby ORDERED that Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the Summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants Peter Torres, Richard Jospitre, Erica Juliana Moreira, John Does 1-10, Jane Does 1-10, or ABC Corporations 1-10 have been served, when and in what manner such service was made.

      If the Court does not receive any communication from Plaintiff by **October 9, 2025**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case as to Defendants Peter Torres, Richard Jospitre, Erica Juliana Moreira, John Does 1-10, Jane Does 1-10, or ABC Corporations 1-10, without further notice.

      Finally, Plaintiff is directed (1) to notify the attorneys of Defendants Peter Torres, Richard Jospitre, Erica Juliana Moreira, John Does 1-10, Jane Does 1-10, or ABC Corporations

1-10 by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **October 9, 2025.** If unaware of the identity of counsel for Defendants Peter Torres, Richard Jospitre, Erica Juliana Moreira, John Does 1-10, Jane Does 1-10, or ABC Corporations 1-10, counsel receiving this order must forthwith send a copy of this Order to that party personally.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

Dated: October 2, 2025
New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge