UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terrance Dixon, a/k/a "TA",<br><br>Plaintiff,<br><br>v.<br><br>Joseph Antonio Cartagena p/k/a "Fat Joe,"<br>Pete "Pistol Pete" Torres,<br>Richard "Rich Player" Jospitre,<br>Erica Juliana Moreira,<br>Sneaker Addict Touring LLC,<br>Slate, Inc,<br>Roc Nation, LLC,<br>John Does 1–10, Jane Does 1–10, and<br>ABC Corporations 1–10,<br><br>Defendants. | Case Number: 25-5144<br><br><br>**DECLARATION OF TYRONE A. BLACKBURN, ESQ.** |

I, Tyrone A. Blackburn, Esq., being duly sworn, depose and state under penalty of perjury as follows:

1. I am counsel of record for Plaintiff Terrance Dixon in the above-captioned matter. I submit this affidavit in response to the Court's October 2, 2025 Order to Show Cause (Dkt. 32) regarding service of the Complaint on Defendants Peter Torres, Richard Jospitre, Erica Juliana Moreira, and the John and Jane Doe defendants.

2. All parties named in the Complaint have been served. Executed waiver of service forms were obtained and filed on the Docket today.

3. Due to unforeseen circumstances, I did not promptly upload those executed waivers to the docket. I sincerely apologize to the Court for this delay. The executed waivers of service have since been filed, and the docket now accurately reflects that service has been completed.

4. Since the commencement of this action, however, defense counsel has engaged in collateral tactics that have significantly complicated my ability to focus on ministerial filing tasks. These tactics included the following:

    1. **Baseless Bar Complaints:** Defense counsel filed multiple complaints with the New York State Bar against me, each recycling the same arguments raised in *Cartagena v. Dixon et al.* These complaints required me to retain counsel and prepare written responses, diverting my attention from case filings.

2. **Orchestrated Arrest and Defamatory Media Campaign:** Relying on demonstrably false allegations, defense counsel coordinated with local law enforcement to secure my arrest, asserting that I had "mowed down" a process server with my vehicle. This occurred despite my prior offer to waive service of process. This arrest, obtained through misrepresentation, has resulted in significant collateral consequences, including the suspension of my New York State Bar identification card and a hold on my pending open-carry license application. At the same time, defense counsel amplified these allegations through a calculated media campaign, making public statements to the press and circulating the accusations widely on social media and industry outlets. These actions not only prejudiced me in the eyes of the public and my professional peers but also inflicted substantial personal and reputational harm that I continue to endure and are currently undergoing medical treatment for.

5. These actions, while unrelated to the merits of this litigation, created extraordinary burdens and explain the administrative delay in updating the docket with the executed waivers of service.

6. Plaintiff has fully complied with Rule 4(m) of the Federal Rules of Civil Procedure, and no Defendant remains unserved.

**WHEREFORE,** I respectfully submit this affidavit to affirm that service has been completed, and to provide the Court with good cause for any delay in filing the executed waivers of service.

Dated: October 2, 2025
Brooklyn, New York

*/s/Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
Phone: 347-342-7432
Email: Tblackburn@tablackburnlaw.com

2