UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRANCE DIXON, a/k/a/ TA,

                Plaintiff,

    -against-

JOSEPH ANTONIO CARTAGENA p/k/a/ FAT JOE et al.,

                Defendants.

Case No. 1:25-cv-05144 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff Terrance Dixon, a/k/a TA, filed this suit on June 19, 2025, Dkt. 1, but did not file proof of service on the docket for Defendants Peter Torres, Richard Jospitre, Erica Juliana Moreira, John Does 1-10, Jane Does 1-10, or ABC Corporations 1-10.  On October 2, 2025, the Court ordered Plaintiff to communicate with the Court why Plaintiff failed to serve the Summons and Complaint on these Defendants or, if he believed these Defendants had been served, when and in what manner service was made.  Dkt. 32.  On October 2, 2025, Plaintiff filed proof of timely service on Defendants Richard Jospitre, Peter Torres, and Erica Juliana Moreira.  Dkts. 33, 34, 35.  Thus, the Court finds that Plaintiff has shown cause why these Defendants should not be dismissed for lack of service.

    Since Plaintiff has not filed proof of service on John Does 1-10, Jane Does 1-10, or ABC Corporations 1-10, nor has he taken steps to learn their identity or sought an extension of time to serve these defendants, Defendants John Does 1-10, Jane Does 1-10, or ABC Corporations 1-10 are dismissed pursuant to Federal Rule of Civil Procedure 4(m).  *See Bank v. Doe*, No. 19-cv-05804 (RRM) (LB), 2021 WL 2548990, at *4 (E.D.N.Y. June 22, 2021) (collecting cases in

which Doe defendants were "dismissed pursuant to Rule 4(m) for failure to identify and serve them within the 90-day period").

The Clerk of Court is respectfully directed to terminate Defendants John Does 1-10, Jane Does 1-10, and ABC Corporations 1-10 from this action.

Dated: October 3, 2025
New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge