UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRANCE DIXON, a/k/a/ TA,

                Plaintiff,

-against-

JOSEPH ANTONIO CARTAGENA p/k/a/ FAT JOE et al.,

                Defendants.

Case No. 1: 25-cv-05144 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As agreed by the parties, the following schedule will apply to Defendants who have not responded to the Complaint:

1. Such Defendants shall file a motion to dismiss on or before **November 10, 2025**. Defendants are permitted to file a consolidated brief in support of their motions and each Defendant is permitted to file supplemental briefs to address individualized issues. The combined length of the consolidated brief and supplemental briefs shall not exceed 21,250 words.

2. Plaintiff's brief in opposition to the motions to dismiss shall be filed on or before **January 31, 2026** and shall not exceed 21,250 words.

3. Defendants' reply brief(s) shall be filed on or before **March 16, 2026** and shall not exceed a total of 11,250 words.

For the reasons stated during the October 10, 2025 conference, the Court GRANTS Defendants' motion to stay discovery pending decision on the motions to dismiss. The Initial Pretrial Conference scheduled for October 15, 2025, is adjourned and will be rescheduled after the motions to dismiss are decided.

2

    The Court of the Clerk is respectfully directed to terminate the motion at Dkt. 43.

Dated: October 15, 2025
       New York, New York

                                       SO ORDERED.

                                       *Jennifer Rochon*
                                       JENNIFER L. ROCHON
                                       United States District Judge