UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terrance Dixon, a/k/a "TA," <br><br> Plaintiff, <br><br> v. <br><br> Joseph Antonio Cartagena p/k/a "Fat Joe," <br> Peter "Pistol Pete" Torres, <br> Richard "Rich Player" Jospitre, <br> Erica Juliana Moreira, <br> Sneaker Addict Touring LLC, <br> Slate, Inc., <br> Roc Nation, LLC, <br> John Does 1–10, and Jane Does 1–10, and <br> ABC Corporations 1–10, <br><br> Defendants. | Case No. 25 Civ. 5144 |

### NOTICE OF DEFENDANT ERICA MOREIRA'S SUPPLEMENTAL MOTION TO DISMISS

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant Erica Moreira's Supplemental Motion to Dismiss and Defendants Joseph Cartagena, Peter Torres, Richard Jospitre, Erica Moreira, Sneaker Addict Touring LLC and Slate Inc.'s Omnibus Memorandum of Law in Support of Defendants' Motion to Dismiss, dated November 10, 2025, and all pleadings, papers, and proceedings had herein, Defendant Erica Moreira, by and through undersigned counsel, will move this Court, before the Hon. Jennifer L. Rochon, United States District Court, Southern District of New York, 500 Pearl St., New York, NY 10007, for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Rule 8, Rule 9, and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief the Court deems just and proper. Oral argument will be on a date and a time to be designated by the Court.

Dated: November 10, 2025

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky
Michael Nadler
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000
rbrodsky@gibsondunn.com
mnadler@gibsondunn.com

*Attorneys for Defendant Erica Moreira*