# Exhibit A

Gmail                                                                                           Tyrone Blackburn &lt;tblackburn@tablackburnlaw.com&gt;

## Cartagena v. Dixon, No. 25-cv-03552

**Turetsky, Ian M.** &lt;ITuretsky@reedsmith.com&gt;                                                      Tue, Dec 9, 2025 at 1:32 PM
To: Tyrone Blackburn &lt;tblackburn@tablackburnlaw.com&gt;
Cc: "Siev, Jordan W." &lt;JSiev@reedsmith.com&gt;, "Carnes, Rob" &lt;RCarnes@reedsmith.com&gt;, Chad Seigel &lt;cseigel@tacopinalaw.com&gt;, Joe Tacopina &lt;jtacopina@tacopinalaw.com&gt;

Tyrone,

You can upload documents to the following ShareFile site: https://gravitystack.sharefile.com/f/focd037a-c82d-4b59-92eb-0bdea28d89c7

Please be sure to include your written responses to each of the requests and proof of mailing.

**Ian M. Turetsky**

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747


**reedsmith.com**

---

**From:** Tyrone Blackburn &lt;tblackburn@tablackburnlaw.com&gt;
**Sent:** Monday, December 8, 2025 8:15 AM
**To:** Turetsky, Ian M. &lt;ITuretsky@ReedSmith.com&gt;
**Cc:** Siev, Jordan W. &lt;JSiev@ReedSmith.com&gt;; Carnes, Rob &lt;RCarnes@reedsmith.com&gt;; Chad Seigel &lt;cseigel@tacopinalaw.com&gt;; Joe Tacopina &lt;jtacopina@tacopinalaw.com&gt;
**Subject:** Re: Cartagena v. Dixon, No. 25-cv-03552


**External E-Mail - FROM Tyrone Blackburn &lt;**tblackburn@tablackburnlaw.com**&gt;**

Ian,

The email cannot be sent because the recordings are too large. Can you provide a Dropbox link?

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.