February 5, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court Judge for the
 Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Dixon v. Cartagena*, 25 Civ. 5144 (S.D.N.Y.)
   *Cartagena v. Dixon*, 25 Civ. 03552 (S.D.N.Y.)

Dear Judge Rochon:

We write on behalf of Defendants Joseph Cartagena, Slate, Inc., Sneaker Addict Touring LLC, Peter Torres, Richard Jospitre, and Erica Moreira (the "Unopposed Defendants") in the above-captioned matter.

Pursuant to the parties' agreement, this Court entered a scheduling order on October 15, 2025, in which Plaintiff's brief in response to the Unopposed Defendants' motions to dismiss was to be "filed on or before **January 31, 2026**." Dkt. 54 ¶ 2 (emphasis in original). That agreed-upon date came and went several days ago, but Plaintiff has not filed his opposition to dismissal, nor had Plaintiff requested additional time to do so either before or after his filing deadline. *Cf.* Fed. R. Civ. P. 6(b)(2) (allowing retroactive extension of time "for good cause" only where "party failed to act because of excusable neglect"); *Erbacci, Cerone & Moriarty, Ltd. v. United States*, 166 F.R.D. 298, 310 (S.D.N.Y. 1996) (denying Rule 6(b)(2) motion for additional time to oppose dismissal absent showing of "both good faith and a reasonable basis for not acting within the specified period" where "counsel faced [a] deadline for filing papers, and counsel missed that deadline"). Accordingly, the Unopposed Defendants respectfully submit that this Court should promptly grant their unopposed pending motions to dismiss this action.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jordan W. Siev* <br> Jordan W. Siev <br> REED SMITH LLP <br> 599 Lexington Avenue <br> New York, NY 10022 <br> 212-521-5400 <br> jsiev@reedsmith.com <br><br> Joseph Tacopina <br> TACOPINA SEIGEL & DEOREO <br> 275 Madison Avenue, 35th Floor <br> New York, New York 10016 | By: /s/ *David H. Wollmuth* <br> David H. Wollmuth <br> Adam Bialek <br> WOLLMUTH MAHER & DEUTSCH LLP <br> 500 Fifth Avenue <br> New York, NY 10036 <br> 212-382-3300 <br> dwollmuth@wmd-law.com <br> abialek@wmd-law.com <br><br> *Attorneys for Defendants Peter Torres and Richard Jospitre* |

February 5, 2026
Page 2

| | |
|---|---|
| 212-227-8877<br>jtacopina@tacopinalaw.com<br><br>*Attorneys for Defendants Joseph Antonio Cartagena, Slate, Inc., and Sneaker Addict Touring LLC* | |
| By: */s/ Michael L. Nadler*<br>Michael L. Nadler<br>Reed Brodsky<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>rbrodsky@gibsondunn.com<br>mnadler@gibsondunn.com<br><br>*Attorneys for Erica Juliana Moreira* | |