UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRANCE DIXON a/k/a
"TA",

                       Plaintiff,

          -against-

JOSEPH ANTONIO
CARTAGENA, et al.     Defendants.

---

25-cv-05144 (JLR)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

JENNIFER L. ROCHON, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✔ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ Specific Non-Dispositive Motion/Dispute: _____ | ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ Habeas Corpus |
| ☐ Settlement | ☐ Social Security |
| ☐ Inquest After Default/Damages Hearing | ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

Dated: March 25, 2026
      New York, New York

SO ORDERED.

_Jennifer Rochon_
_____
JENNIFER L. ROCHON
United States District Judge