UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 |
| **TERRANCE DIXON, a/k/a "TA,"** <br><br> *Plaintiff*, <br><br> v. <br><br> **JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,** <br><br> *Defendants*. | Civil Action No. 25-cv-05144 <br><br><br> **ORAL ARGUMENT REQUESTED** |

<u>**NOTICE OF DEFENDANT ERICA MOREIRA'S SUPPLEMENTAL MOTION TO DISMISS THE AMENDED COMPLAINT**</u>

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant Erica Moreira's Supplemental Motion to Dismiss the Amended Complaint, and Defendants Joseph Cartagena, Peter Torres, Richard Jospitre, Erica Moreira, Sneaker Addict

Touring LLC and Slate Inc.'s Omnibus Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, dated May 15, 2026, and all pleadings, papers, and proceedings had herein, Defendant Erica Moreira, by and through undersigned counsel, will move this Court, before the Hon. Jennifer L. Rochon, United States District Court, Southern District of New York, 500 Pearl St., New York, NY 10007, for an Order dismissing Plaintiff's Amended Complaint with prejudice to Rule 8, Rule 9, and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief the Court deems just and proper. Oral argument will be on a date and a time to be designated by the Court.

Dated: May 15, 2026

Respectfully Submitted,

*/s/ Reed Brodsky*

Reed Brodsky
Seton Hartnett O'Brien
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000
rbrodsky@gibsondunn.com
SOBrien@gibsondunn.com

*Attorneys for Defendant Erica Moreira*