UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH CARTAGENA**, *Plaintiff*, v. **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** *Defendants*. | Civil Action No. 25-cv-03552 |
| **TERRANCE DIXON, a/k/a "TA,"** *Plaintiff*, v. **JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,** *Defendants*. | Civil Action No. 25-cv-05144 |

### NOTICE OF MOTION FOR MICHAEL NADLER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Michael Nadler and proposed order, Petitioner Erica Moreira will move this Court for an Order allowing Michael Nadler to withdraw as counsel for Ms. Moreira.  In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states that, as of May 15, 2026, he will no longer be employed by the law firm of Gibson, Dunn & Crutcher LLP, which continues to represent Ms. Moreira in this matter.

Dated:  May 15, 2026                         Respectfully submitted,

                                            GIBSON, DUNN & CRUTCHER LLP

By:   *s/* Michael Nadler
      Michael Nadler

200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.2306
MNadler@gibsondunn.com

*Attorney for Erica Moreira*