**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH CARTAGENA, | |
| Plaintiff, | |
| v. | No. 25-CV-03552-JLR-JW |
| TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC, | |
| Defendants. | |
| TERRANCE DIXON, a/k/a "TA," | |
| Plaintiff, | |
| v. | No. 25-CV-05144-JLR-JW |
| JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10, | **NOTICE OF MOTION TO DISMISS** **(ORAL ARGUMENT REQUESTED)** |
| Defendants. | |

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support

of Defendant's Motion to Dismiss, and all prior pleadings and proceedings herein, Defendant Roc

Nation, LLC, through its undersigned counsel, will move this Court before the Honorable Jennifer

L. Rochon, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007, at a date and time to be set by the Court, for an order dismissing Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

DATED:  May 15, 2026         Respectfully submitted,
        New York, New York

                             **QUINN EMANUEL URQUHART &
                             SULLIVAN, LLP**

By:        */s/ Alex Spiro*
           _____
           Alex Spiro
           Joanna E. Menillo
           295 5th Avenue, 9th Floor
           New York, New York 10016
           Phone:  (212) 849-7000
           alexspiro@quinnemanuel.com
           joannamenillo@quinnemanuel.com

           *Attorneys for Defendant Roc Nation, LLC*

2