UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRANCE DIXON, A/K/S "TA",

               Plaintiff,

-against-

JOSEPH ANTONIO CARTAGENA P/K/A
"FAT JOE"; PETER "PISTOL PETE"
TORRES; RICHARD "RICH PLAYER"
JOSPITRE; ERICA JULIANA MOREIRA;
SNEAKER ADDICT TOURING LLC;
SLATE, INC.; and ROC NATION, LLC,

               Defendants.

Case No. 1:25-cv-05144 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the conference on the motion to withdraw as counsel, previously scheduled for **July 21, 2026**, at **12:00 p.m.** remotely by Microsoft Teams video conference is ADJOURNED because the motion will be handled by Magistrate Judge Jennifer E. Willis under the General Pretrial referral.  Judge Willis will determine next steps on the motion.

Dated: July 16, 2026
      New York, New York

                        SO ORDERED.

                        JENNIFER L. ROCHON
                        United States District Judge