**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TERRANCE DIXON,

Plaintiff,

-against-

JOSEPH CARTAGENA *et al.*,

Defendant.

---------------------------------------------------------------X

**ORDER**

**25-CV-5144 (JLR) (JW)**

JOSEPH CARTAGENA,

Plaintiff,

-against-

TERRANCE DIXON, *et al.*,

Defendant.

---------------------------------------------------------------X

**25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Tyrone A. Blackburn ("Blackburn"), current counsel for Terrance Dixon ("Dixon"), appeared for a conference on September 30, 2026 along with Dixon himself, counsel for Joseph Cartagena, and counsel for other Parties in the above-captioned cases.

The conference concerned Blackburn's Motion to Withdraw as counsel for Dixon. 25-CV-3552 at Dkt. No. 236 (originally filed at Dkt. Nos. 210 and 212).[1] The request to withdraw is **GRANTED**. Blackburn shall be removed as counsel of record for Dixon in both cases.

[1] Unless otherwise specified, all Docket citations in this Order refer to the docket in Case No. 25-CV-3552.

Blackburn is directed to order a copy of the transcript from the September 30 proceeding and send a copy of that transcript and this order to Dixon. Blackburn shall file an update with the Court confirming he has done so.

As stated more fully on the record, this Court retains jurisdiction over Blackburn for the purposes of the pending sanctions matters and any other motions that may result from his representation of Dixon to date. Blackburn also remains in the cases representing himself *pro se* and as counsel for T.A. Blackburn PLLC.

As the Court explained during the conference, Dixon is now without counsel and has the following options:

1) Dixon may hire new counsel to represent him.

2) Dixon may represent himself *pro se*. More information is available at SDNY's Pro Se information page: https://www.nysd.uscourts.gov/prose. Dixon may also consult the Federal Pro Se Legal Assistance Clinic run by the City Bar Justice Center: https://www.nysd.uscourts.gov/attorney/legal-assistance. The Clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org, as well as by in-person appointments in the Courthouse.

3) Dixon may file an application for the Court to request pro bono counsel: https://www.nysd.uscourts.gov/forms/application-court-request-pro-bono-counsel. The *pro se* resources listed above can provide more guidance about this process. As explained on the record, Dixon is not entitled to representation because these are

civil, not criminal, cases. Even if the Court grants an application requesting pro bono counsel, the Court ***cannot*** guarantee that pro bono counsel will take on Dixon's cases.

Dixon's deadline to complete one of the three options detailed above is **November 13, 2026. This means that by November 13, 2026, either: new counsel must file an appearance on the docket, Dixon must file his intention to proceed *pro se*, *or* Dixon must file an application requesting pro bono counsel.**

The cases will be paused on issues relevant to Dixon until November 13. If the Court has not heard from either new counsel or Dixon by then, the cases will resume. If Dixon does not take one of the actions detailed above by November 13, Dixon may risk default judgment on the claims against him as a Defendant and dismissal of his own claims for failure to prosecute. Lastly, Dixon will not be notified of filings and orders in the cases until he is represented.

The Clerk of Court is respectfully directed to remove Tyrone A. Blackburn as counsel of record for Terrance Dixon in the above-captioned cases. The Clerk of Court is also respectfully directed to close Dkt. Nos. 210, 212, 214, and 236 in Case No. 25-CV-3552 and Dkt. Nos. 102, 105, 106, and 130 in Case No. 25-CV-5144.

SO ORDERED.

DATED: New York, New York
October 2, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge